**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NO. 7:11-CV-00042-F**

| | | |
|---|---|---|
| CARLOS BALDERRAMA-AVILES, HERIBERTO CAMACHO-CAMACHO, DAVID CAZARES-ARENAS, CESAR CERVANTES, JUAN FRIAS-MORENO, ELISEO HERNANDEZ-RODRIGUEZ, JUAN MANUEL LORENZO-PÉREZ, RODOLFO PEÑA-FRIAS, EPIGMENIO PÉREZ-NUÑEZ, JOSÉ MIGUEL PÉREZ-NUÑEZ, DANIEL REYES-MIRELES, JOSÉ LUIS TOVAR-GRANIZO, FERNANDO VALDEZ-JIMENEZ, JUAN MANUEL VARGAS-HERNANDEZ, and EDUARDO VARGAS-TAMAYO, <br><br>  Plaintiffs, <br> v. <br><br> SHADY RIDGE CORPORATION, <br><br>  Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **NOTICE OF DISMISSAL** |

Plaintiffs in the above-styled action, by and through their undersigned counsel, respectfully give notice to the Court, pursuant to Fed. R. Civ. P. 41(a)(1), that they hereby dismiss with prejudice their claims against Defendant Shady Ridge Corp., due to settlement of their claims.

Respectfully submitted,

/s/ Caroline C. Smiley
NC Bar #40077

/s/ Mary Lee Hall
NC Bar #16347

Legal Aid of North Carolina
Farmworker Unit
P.O. Box 26626
Raleigh, NC 27611
Telephone: (919) 856-2180
Fax: (919) 856-2187
Attorneys for Plaintiff

Dated: May 12, 2011